IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE MARTINEZ,

        Plaintiff,

v.                                                  CIV 11-0576 LAM/KBM

MANUEL MELENDREZ,

        Defendant.

## ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD-PARTY UNFAIR CLAIMS PRACTICES CLAIM

**THIS MATTER** is before the Court on *Defendants' Motion to Dismiss Plaintiff's Third-Party Unfair Claims Practices Claim Under the New Mexico Insurance Code (Doc. 8)*, filed July 5, 2011. Plaintiff has not filed a response to the motion and the deadline for doing so has passed, which constitutes consent to grant the motion. See D. N.M. LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). On July 22, 2011, the parties filed a *Rule 41 Stipulated Dismissal of Unfair Insurance Practices Claim (Doc. 14)*, stating that the parties "stipulate to the dismissal without prejudice of Plaintiff's claim against Metropolitan Property and Casualty Insurance Company a/k/a MetLife Auto and Home for unfair settlement practices." Because Defendant Metropolitan Property and Casualty Insurance Company has thus been dismissed from this case, the Court **FINDS** that Defendants' motion to dismiss Plaintiff's claim against Defendant Metropolitan Property and Casualty Insurance Company should be **DENIED as moot.**

IT IS THEREFORE ORDERED that *Defendants' Motion to Dismiss Plaintiff's Third-Party Unfair Claims Practices Claim Under the New Mexico Insurance Code (Doc. 8)* is **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**